No. A–223 (O. T. 1993). TORRES-SIERRA *v.* IMMIGRATION AND NATURALIZATION SERVICE. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

SEPTEMBER 24, 1993

No. D–1271. IN RE DISBARMENT OF BAILEY. Disbarment entered. [For earlier order herein, see 508 U. S. 937.]

No. D–1272. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 508 U. S. 970.]

No. D–1276. IN RE DISBARMENT OF TEEVENS. Disbarment entered. [For earlier order herein, see 508 U. S. 970.]

No. D–1277. IN RE DISBARMENT OF GOLDBERG. Disbarment entered. [For earlier order herein, see *ante,* p. 936.]

No. D–1280. IN RE DISBARMENT OF WOOD. Disbarment entered. [For earlier order herein, see *ante,* p. 936.]

No. D–1284. IN RE DISBARMENT OF ROSENBERG. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1285. IN RE DISBARMENT OF SLIFFMAN. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1287. IN RE DISBARMENT OF HELINGER. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1289. IN RE DISBARMENT OF LASHKOWITZ. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1299. IN RE DISBARMENT OF MATTHEWS. It is ordered that John S. Matthews, of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1300. IN RE DISBARMENT OF STROMER. It is ordered that Peter R. Stromer, of San Jose, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.